# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE ANTUNES, | CASE NO. 4:21-CV-11096 |
| Plaintiff, | HON. STEPHANIE DAWKINS DAVIS |
| vs. | MAG. ANTHONY P. PATTI |
| GERDAU MACSTEEL, INC., a Delaware corporation, | |
| Defendant. | |

| | |
|---|---|
| Ray Carey (P33266)<br>GASIOREK, MORGAN, GRECO,<br>McCAULEY & KOTZIAN, P.C.<br>30500 Northwestern Highway<br>Suite 425<br>Farmington Hills, Michigan 48334<br>Telephone:  248.865-0001<br>rcarey@gmgmklaw.com<br><br>*Attorneys for Plaintiff* | Jaclyn R. Giffen (P75316)<br>Anton A. Dirnberger, II (P80261)<br>LITTLER MENDELSON P.C.<br>200 Renaissance Center<br>Suite 3110<br>Detroit, Michigan 48243<br>Telephone:  313.446.6400<br>jgiffen@littler.com<br>adirnberger@littler.com<br><br>*Attorneys for Defendant* |

## ORDER OF WITHDRAWAL OF COUNSEL

Anton A. Dirnberger, II, having appeared as counsel for Defendant, Gerdau Macsteel, Inc., and now requesting entry of an Order of Withdrawal of Counsel for Defendant and, as Jaclyn R. Giffen of Littler Mendelson, P.C., remains as counsel of record for Defendant, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the appearance of Anton A. Dirnberger, II on behalf of Defendant, Gerdau Macsteel, Inc. is withdrawn.

Dated: September 22, 2021

                                            s/Stephanie Dawkins Davis
                                            Stephanie Dawkins Davis
                                            United States District Court Judge

The undersigned stipulate to entry of the above Order:

| /s/Ray Carey (w/consent) | /s/Anton A. Dirnberger, II |
|---|---|
| Ray Carey (P33266) | Jaclyn R. Giffen (P75316) |
| GASIOREK, MORGAN, GRECO, | Anton A. Dirnberger, II (P80261) |
| McCAULEY & KOTZIAN, P.C. | LITTLER MENDELSON P.C. |
| 30500 Northwestern Highway | 200 Renaissance Center |
| Suite 425 | Suite 3110 |
| Farmington Hills, Michigan 48334 | Detroit, Michigan 48243 |
| Telephone: 248.865-0001 | Telephone: 313.446.6400 |
| rcarey@gmgmklaw.com | jgiffen@littler.com |
| | adirnberger@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

4848-3192-6776.1 / 068126-1016

2